# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JONATHAN DRUMMOND,**

    **Plaintiff,**

**v.**                **Case No: 6:24-cv-1811-PGB-DCI**

**RED CRAB ORANGE CITY LLC,**

**Defendant/Third Party Plaintiff,**

**LIANG WU YANG,**

**Third Party Defendant.**

              /

## **ORDER**

    This cause comes before the Court upon *sua sponte* review. Defendant Red Crab Orange City LLC, a corporate entity, is proceeding *pro se*. However, Defendant Red Crab Orange City LLC may not defend itself in this case except through an attorney who is a member of the bar of this Court. Local Rule 2.02(b)(2) ("A party, other than a natural person, can appear through the lawyer only."); *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." (citations omitted)); *Energy Lighting Mgmt., LLC v. Kinder*, 363 F. Supp. 2d 1331, 1332 (M.D. Fla. 2005) (applying the prior version of Local Rule 2.02(b)(2) to a limited liability company).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **December 2, 2024**, Defendant Red Crab Orange City LLC shall obtain counsel admitted to practice in this Court. Failure to timely comply with this Order may result in adverse rulings including, without limitation, default and the entry of a default judgment against Defendant Red Crab Orange City LLC.

**DONE AND ORDERED** in Orlando, Florida on November 14, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties